EXHIBIT 1

| | |
|---|---|
| **From:** | TuffyS@amtrak.com |
| **To:** | Reaves, Stephen |
| **Sent:** | 12/20/2017 6:15:10 AM |
| **Subject:** | Re: INFO REQUEST FROM RICHARD FW: For Review: Briefing Packet and SEA |

188
OTV process
Downgrading signals to affect cab speed on the approach to curves where PTC was not in place.
FAST Act where PTC is not in place
Holiday Rules Alert reminding of distractions

89
Improved RWP manual and revised
New Form O
Enhanced training regarding SSD's
Creation of RWP Bulletin Order
OTV's

On Dec 19, 2017, at 5:55 PM, Reaves, Stephen <ReavesS@amtrak.com> wrote:


Sent from my iPhone

Begin forwarded message:

**From:** "Meko, Justin A" <Justin.Meko@amtrak.com>
**Date:** December 19, 2017 at 5:41:36 PM EST
**To:** "Reaves, Stephen" <ReavesS@amtrak.com>
**Subject: Fwd: INFO REQUEST FROM RICHARD FW: For Review:  Briefing Packet and SEA**



Begin forwarded message:

**From:** "Decker, Caroline" <Caroline.Decker@amtrak.com>
**Date:** December 19, 2017 at 5:24:53 PM EST
**To:** "Meko, Justin A" <Justin.Meko@amtrak.com>, "Jagodzinski, Christopher" <JagodzC@amtrak.com>, "Naparstek, Scot L" <Scot.Naparstek@amtrak.com>
**Cc:** "Leeds, Christina E" <Christina.Leeds@amtrak.com>, "Ripperger, Robert" <RipperR@amtrak.com>, "Gardner, Stephen" <Stephen.Gardner@amtrak.com>
**Subject: INFO REQUEST FROM RICHARD FW: For Review:  Briefing Packet and SEA**

Team -  see note from Richard.  He needs more safety specific info and he needs it asap. We need your assistance pulling together the materials he has outlined below.

Please confirm receipt of this message and forward materials to Christina and me asap.

Meko – you can help w/the safety ?s and Jag can you provide inof on the summer derailment?

Confidential Pursuant to Protective Order Dated December 12, 2018

NRPC_AMTRAK_009287

**From:** Anderson, Richard H
**Sent:** Tuesday, December 19, 2017 5:21 PM
**To:** Decker, Caroline <Caroline.Decker@amtrak.com>
**Cc:** Leeds, Christina E <Christina.Leeds@amtrak.com>; Gardner, Stephen <Stephen.Gardner@amtrak.com>; Duvall, Doug <Doug.Duvall@amtrak.com>; Shea, John M <John.Shea@amtrak.com>
**Subject:** Re: For Review: Briefing Packet and SEA

Good briefing document, but needs to be stronger and more specific about the reform of the safety processes at Amtrak. As an example, the Train 89 NTSB report recommended the implementation of an SMS system. We are undertaking that effort now. So the specifics like Safety Starts with Me are important facts. We must have specific background information on the remediation plans we are implementing after the several accidents and incidents.

Please track down the information on the over speed derailment Amtrak had in early July of 2017 on the Cascade. What happened? What did we do to correct the problem?

ra

On Dec 19, 2017, at 5:02 PM, Decker, Caroline <Caroline.Decker@amtrak.com> wrote:

Christina is working on this

Just hung up w/Joel at Glover Park – they are on board and activated