EXHIBIT 25

| | |
|---|---|
| **From:** | Miller, Nancy |
| **To:** | Smith, Tamika; Balderston, Philip A; Laird, Kurt |
| **Sent:** | 10/25/2017 7:57:48 AM |
| **Subject:** | RE: WSDOT/Amtrak Letter Agreement for Pt. Defiance Bypass Testing and Special Train |

Thanks.  We will discuss further on the call today.

*Nancy J. Miller, CPA, CFF*
Director, Audit & Financial Control
National Railroad Passenger Corporation
30th and Market Streets | 5NW, Box 61| Philadelphia, PA  19104
Tele: 215.349.3840 | E-mail: millern@amtrak.com

**From:** Smith, Tamika
**Sent:** Wednesday, October 25, 2017 10:56 AM
**To:** Miller, Nancy <MillerN@amtrak.com>; Balderston, Philip A <Philip.Balderston@amtrak.com>; Laird, Kurt <Lairdkurt@Amtrak.com>
**Subject:** RE: WSDOT/Amtrak Letter Agreement for Pt. Defiance Bypass Testing and Special Train

Yes he did.

**From:** Miller, Nancy
**Sent:** Wednesday, October 25, 2017 7:56 AM
**To:** Smith, Tamika <Tamika.Smith@amtrak.com>; Balderston, Philip A <Philip.Balderston@amtrak.com>; Laird, Kurt <Lairdkurt@Amtrak.com>
**Subject:** RE: WSDOT/Amtrak Letter Agreement for Pt. Defiance Bypass Testing and Special Train

Is Kirk Fredrickson estimating the Amtrak costs?

*Nancy J. Miller, CPA, CFF*
Director, Audit & Financial Control
National Railroad Passenger Corporation
30th and Market Streets | 5NW, Box 61| Philadelphia, PA  19104
Tele: 215.349.3840 | E-mail: millern@amtrak.com

**From:** Smith, Tamika
**Sent:** Wednesday, October 25, 2017 10:43 AM
**To:** Miller, Nancy <MillerN@amtrak.com>; Balderston, Philip A <Philip.Balderston@amtrak.com>
**Subject:** FW: WSDOT/Amtrak Letter Agreement for Pt. Defiance Bypass Testing and Special Train

Hi Nancy and Phil,

I am scheduling a call to discuss the attached and below with Kurt Laird and Eric "Rik" Smith, are you available today at 4:30pE.T?

**From:** Fredrickson, Kirk [mailto:FredriK@wsdot.wa.gov]
**Sent:** Tuesday, October 24, 2017 2:45 PM
**To:** Smith, Tamika <Tamika.Smith@amtrak.com>
**Cc:** Laird, Kurt <Lairdkurt@Amtrak.com>; A-SRMD Document Control <SRMDDoc@WSDOT.WA.GOV>; Thompson, Brent <ThompBr@wsdot.wa.gov>; Dunster, Chris <DunsteC@wsdot.wa.gov>; Biggs, Jason R. <BiggsJR@wsdot.wa.gov>

Confidential Pursuant to Protective Order Dated December 12, 2018                                         NRPC_AMTRAK_021178

**Subject:** WSDOT/Amtrak Letter Agreement for Pt. Defiance Bypass Testing and Special Train

Tamika:

As we prepare for our new service start on December 18, 2017, Amtrak must qualify train crews and test all equipment types that will operate on the new Pt. Defiance Bypass rail line. In addition, WSDOT wants to offer a special event train on December 13 to carry local leaders, members of our congressional delegation, and others on the inaugural run over the new line.

Attached for your review is a draft letter agreement and the draft exhibits that accompany this letter. It borrows heavily from the letter agreement we executed with Amtrak in February 2017 for the speed and signal test on the same section of railroad.

Please share this draft letter agreement and the draft exhibits with the appropriate people on your team. We have been working with Kurt Laird on the test plan, but we need Amtrak to examine the costs estimates I generated for Exhibit 1 and make sure that my numbers are accurate and that the insurance provisions and costs are accurate as well.

Call or email at any time to discuss. This should be the last of the agreements we need to execute with Amtrak before the new service start.

Kirk Fredrickson
Cascades Passenger Services Manager
WSDOT Rail, Freight and Ports Division
310 Maple Park Ave SE, Box 47407
Olympia, WA 98504-7407
W: 360.705.7939
C: 360.890.9210

Confidential Pursuant to Protective Order Dated December 12, 2018