THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BLAINE WILMOTTE and MADISON WILMOTTE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, | ) ) ) |
| Defendant. | ) ) ) |
| DALE SKYLLINGSTAD, individually, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, | ) ) ) |
| Defendant. | ) ) ) |
| AARON HARRIS, individually, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, | ) ) ) |
| Defendant. | ) ) ) |

Case No. 2:18-cv-00086-BHS

**AGREED NEUTRAL STATEMENT OF THE CASE**

AGREED NEUTRAL STATEMENT OF THE CASE- 1

019188.0392/7755200.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

This case involves claims for personal injury and other damages arising out of the December 18, 2017 derailment of Amtrak Cascades Train 501 near DuPont, WA. Plaintiffs Aaron Harris, Dale Skyllingstad, and Blaine and Madison Wilmotte allege that they suffered injuries and other damages as a result of that derailment. Plaintiffs Aaron Harris and Dale Skyllingstad were passengers on the train and Blaine Wilmotte was riding in a pick-up truck on Interstate 5 when the vehicle was struck by a railcar. Plaintiff Madison Wilmotte is Blaine Wilmotte's wife and alleges a loss of consortium claim. Plaintiffs Aaron Harris and Dale Skyllingstad also allege that Defendant Amtrak was in violation of the Washington Consumer Protection Act. Defendant Amtrak has admitted its liability for negligence and for the personal injuries sustained by the Plaintiffs, but disputes the application or any violation of the Washington Consumer Protection Act.

DATED this 15th day of August, 2019.

LUVERA LAW FIRM

*/s/Robert N. Gellatly*
Robert N. Gellatly
David M. Beninger
Andrew Hoyal
701 Fifth Avenue, Suite 6700
Seattle, WA 98104-7016
Telephone: 206-467-6090
Facsimile: 206-467-6961
Email: robert@luveralawfirm.com
             david@luveralawfirm.com
             andy@luveralawfirm.com

Kevin P. Durkin (Limited Admission Pursuant to APR 8(b))
Sean P. Driscoll (Limited Admission Pursuant to APR 8(b))
Kristofer S. Riddle (Limited Admission Pursuant to APR 8(b))
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602

AGREED NEUTRAL STATEMENT OF THE CASE- 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

Telephone: 312-899-9090
Facsimile: 312-251-1160
Email: kpd@cliffordlaw.com
       spd@cliffordlaw.com
       ksr@cliffordlaw.com

*Attorneys for Plaintiffs*
*Harris, Skyllingstad, and Wilmotte*

LANE POWELL PC

By   s/ Tim D. Wackerbarth
     Tim D. Wackerbarth, WSBA No. 13673
     wackerbartht@lanepowell.com
     Andrew G. Yates, WSBA No. 34239
     yatesa@lanepowell.com
     Warren E. Babb, Jr., WSBA No. 13410
     babbw@lanepowell.com
     Jeffrey M. Odom, WSBA No. 36168
     odomj@lanepowell.com
     Katie Bass, WSBA No. 51369
     bassk@lanepowell.com

*Attorneys for Defendant National Railroad*
*Passenger Corporation*

LANDMAN CORSI BALLAINE & FORD, PC

By   s/ Mark S. Landman
     Mark S. Landman, *Pro Hac Vice*
     mlandman@lcbf.com
     John A. Bonventre, *Pro Hac Vice*
     jbonventre@lcbf.com

*Attorneys for Defendant National Railroad*
*Passenger Corporation*

AGREED NEUTRAL STATEMENT OF THE CASE- 3

019188.0392/7755200.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

1

## CERTIFICATE OF SERVICE

2   Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the

3   laws of the State of Washington, that on the 15th day of August, 2019, the document attached

4   hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system.

5   In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court

6   will send e-mail notification of such filing to the following persons:

7   Robert N. Gellatly
    David M. Beninger
8   Andrew Hoyal
    Luvera Law Firm
9   701 Fifth Avenue, Suite 6700
    Seattle, WA 98104-7016
10  robert@luveralawfirm.com
    david@luveralawfirm.com
11  andy@luveralawfirm.com

12

13  Kevin P. Durkin
    Sean P. Driscoll
14  Kristopher S. Riddle
    Clifford Law Offices, P.C.
15  120 N. LaSalle Street, 31st Floor
    Chicago, IL  60602
16  kpd@cliffordlaw.com
    spd@cliffordlaw.com
17  ksr@cliffordlaw.com

18

19   Executed on the 15th day of August, 2019, at Seattle, Washington.

20

21

22                    s/ Alisa R. Flabel
                       Alisa R. Flabel, Legal Assistant

23

24

25

26

27

AGREED NEUTRAL STATEMENT OF THE CASE - 4

019188.0392/7733547.1