ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BLAINE WILMOTTE and MADISON WILMOTTE,<br><br>    Plaintiffs,<br><br> v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK<br><br>    Defendant. | CASE NO. C18-0086BHS<br><br>VERDICT FORM |
| DALE SKYLLINGSTAD,<br><br>    Plaintiff,<br><br> v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,<br><br>    Defendant | CASE NO. C18-0648BHS |

We, the jury, answer the questions submitted by the Court as follows:

QUESTION 1: What do you find to be Dale Skyllingstad's damages:

    Past and Future Economic Damages      $ 750,000

    Past and Future Non-Economic Damages      $ 7,000,000

QUESTION 2: What do you find to be Blaine Wilmotte's damages:

    Past and Future Economic Damages      $ 1,000,000

    Past and Future Non-Economic Damages      $ 6,000,000

QUESTION 3: What do you find to be Madison Wilmotte's damages:

    Past and Future Loss of Consortium Damages      $ 2,000,000

Sign this verdict and notify Gretchen.

September 13, 2019
Date