UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BLAINE and MADISON WILMOTTE,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,<br><br>　　　　　　Defendant. | JUDGMENT ON JURY VERDICT<br><br>CASE NO. CV18-0086BHS |

**XX**　**JURY VERDICT.** This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

___　**DECIDED BY THE COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Jury found Blaine Wilmotte's damages to be:

　　Past and Future Economic Damages　　　　　　$1,000,000

　　Past and Future Non-Economic Damages　　　　$6,000,000

The Jury found Madison Wilmotte's damages to be:

　　Past and Future Loss of Consortium Damages　　$2,000,000

Dated this 13th day of September, 2019.

　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　Gretchen Craft, Deputy Clerk

Judgment