THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BLAINE WILMOTTE and MADISON WILMOTTE,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGERCORPORATION d/b/a AMTRAK,<br><br>Defendant. | No. 2:18-cv-00086-BHS<br><br>**STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 21, 2020** |
| DALE SKYLLINGSTAD, individually,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>Defendant. | |

Subject to approval of the Court, Plaintiff Dale Skyllingstad and Defendant National Railroad Passenger Corporation ("Amtrak"), by and through their undersigned counsel of record, hereby jointly stipulate and move for leave for Plaintiff Skyllingstad to file the Amended Complaint attached hereto as Exhibit A.  Pursuant to W.D. Wash.

STIPLULATED MOTION FOR LEAVE TO AMEND COMPLAINT- 1

Local Rule 15, the proposed amendment to delete Plaintiff Skyllingstad's claim for relief pursuant to the Washington Consumer Protection Act is reflected in redline.

STIPLULATED MOTION FOR LEAVE TO AMEND COMPLAINT- 2

1   DATED this 21st day of January 2020.

2

3

4

5                                       LUVERA LAW FIRM

6
                                        By: /s/ David M. Benninger
7                                           Robert N. Gellatly, WSBA #15284
                                            robert@luveralawfirm.com
8                                           David M. Beninger, WSBA #18432
                                            david@luveralawfirm.com
9                                           Andrew Hoyal, WSBA #21349
                                            andy@luveralawfirm.com
10

11                                      By:    /s/ Sean P. Driscoll
                                            Kevin P Durkin (admitted *pro hac vice*)
12                                          KPD@cliffordlaw.com
                                            Sean P. Driscoll (admitted *pro hac vice*)
13                                          SPD@cliffordlaw.com
                                            Kristofer S. Riddle (admitted *pro hac vice*)
14                                          KSR@cliffordlaw.com
                                            120 N. LaSalle Street, Suite 3100
                                            Chicago, IL 60602
15                                          (312) 899-9090

16
                                        Attorneys for Plaintiff Dale Skyllingstad
17

18                                      LANE POWELL PC

                                        By: /s/ (via telephonic authorization)
19                                          Tim D. Wackerbarth, WSBA No. 13673
                                            wackerbartht@lanepowell.com
20                                          Andrew G. Yates, WSBA No. 34239
                                            yatesa@lanepowell.com
21                                          Warren E. Babb, Jr., WSBA No. 13410
                                            babbw@lanepowell.com
22                                          Katie Bass, WSBA No. 51369
                                            bassk@lanepowell.com
23
                                        Attorneys for Defendant National Railroad
24                                      Passenger Corporation

25


STIPLULATED MOTION FOR LEAVE TO AMEND COMPLAINT- 3

of Washington, that ocument to the

1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA  98111-9402
wackerbartht@lanepowell.com
yatesa@lanepowell.com
babbw@lanepowell.com
odomj@lanepowell.com
**Via Electronic Mail**

DATED this 21st day of January, 2020, at Chicago, IL.

                                                                                                                               /s/Alyssa L. Wolfe
                                                                                                                               Alyssa L. Wolfe

STIPLULATED MOTION FOR LEAVE TO AMEND COMPLAINT- 4