THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BLAINE WILMOTTE and MADISON WILMOTTE,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGERCORPORATION d/b/a AMTRAK,<br><br>Defendant. | No. 2:18-cv-00086-BHS<br><br>[PROPOSED]<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND COMPLAINT |
| DALE SKYLLINGSTAD, individually,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>Defendant. | |

This matter having come before the Court on the Stipulated Motion for Leave to Amend Complaint, and the Court, having considered the stipulated Motion, the Declaration of K. Riddle, and having found good cause for the requested relief,

It is hereby **ORDERED** that:

1. The stipulated Motion for leave to Amend Complaint is **GRANTED**.

2. Plaintiff is hereby grated leave to file his Amended Complaint upon entry of this Order.

DATED this _____ day of _____ 2020.

_____
THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE